**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERYL KENT,

        Plaintiff,

  v.

GE CAPITAL ASSURANCE,

        Defendant

No. C 05-1416 MMC MED

**ORDER OF DISMISSAL**

      The parties having advised the Court that they have agreed to a settlement of the above-titled action,

      IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

      **IT IS SO ORDERED.**

Dated:  October 14, 2005

                 MAXINE M. CHESNEY
                 United States District Judge