LAURENCE F. PADWAY (State Bar No. 83914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-0680
Fax: (510) 814-0650

Attorney for Plaintiff CHERYL KENT


MICHAEL BARNES (State Bar No. 121314)
JESSICA WOELFEL (State Bar No. 226939)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Fax: (415) 543-5472
Email: mbarnes@sonnenschein.com
       jwoelfel@sonnenschein.com

Attorneys for Defendant GENERAL ELECTRIC
CAPITAL ASSURANCE COMPANY
(erroneously sued as GE CAPITAL
ASSURANCE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHERYL KENT, | C 05-01416 MMC |
| Plaintiff, | STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [F.R.C.P. 41] AND ~~PROPOSED~~ ORDER THEREON |
| vs. | |
| GE CAPITAL ASSURANCE, and DOES 1-100, inclusive, | |
| Defendants. | |

## STIPULATION

This matter having settled in its entirety, the parties, by and through their respective counsel of record, hereby stipulate to the dismissal of this action in its entirety with prejudice. Plaintiff and defendant shall bear their own costs and attorneys' fees incurred herein.

-1-

IT IS SO STIPULATED.

Dated: October 17, 2005

LAW OFFICES OF LAURENCE F. PADWAY

By _____
LAURENCE F. PADWAY

Attorneys for Plaintiff CHERYL KENT

Dated: October 14, 2005

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
MICHAEL BARNES

Attorneys for Defendant GENERAL ELECTRIC CAPITAL ASSURANCE COMPANY (erroneously sued as GE CAPITAL ASSURANCE)

### ORDER

In view of the foregoing stipulation, and good cause appearing therefor, the Court finds that this action should be, and hereby is, dismissed in its entirety with prejudice, with each side to bear its own costs and attorneys' fees

IT IS SO ORDERED.

Dated: October 18, 2005

_____
Hon. Maxine M. Chesney
United States District Judge